UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:14-cv-2033-OR-GAP-TBS

PEGGY ANNE KELLEY,

    Plaintiff,

vs.

CITY OF ALTAMONTE SPRINGS,
municipal government,

    Defendant.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the Plaintiff, Peggy Anne Kelley, and the Defendant, the City of Altamonte Springs, by and through counsel of record, agree and stipulate as follows:

**WHEREAS**, Plaintiff and her counsel have conferred and agree to voluntarily dismiss this action with prejudice as to all claims against the Defendant, City of Altamonte Springs, and its insurers, its officers, directors, shareholders, agents, servants and employees, past and present, and any person, firm or corporation in privity with it:

**WHEREAS**, the Defendant, City of Altamonte Springs stipulates to this dismissal.

**THEREFORE**, the parties through their respective undersigned counsel hereby stipulate and agree:

1.     The parties to this action submit this Joint Stipulation of Voluntary Dismissal and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure request the Court to dismiss this action and enter final judgment.

2. This action will be dismissed with prejudice and the Plaintiff, Peggy Anne Kelley agrees not to seek further review or appeal in connection with this action.

3. The Plaintiff and the Defendant each will bear their own costs and attorney's fees. Each party also agrees to waive any potential claims against all other parties or their counsel for violation of Federal Rule of Civil Procedure 11, or any other claim, arising out of or in any way related to, or in connection with the institution, prosecution, assertion, or resolution of this action.

4. This Joint Stipulation of Voluntary Dismissal shall not constitute or imply any admission or concession by any party regarding the basis for the allegations in the Complaint or the merits of any claim or defense raised in this action.

IT IS SO STIPULATED.

Date: August 26, 2015

SCOTT R. DININ, ESQ.
Florida Bar No.: 97780
Law Offices of Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, FL 33127
Tel: 786-431-1333  Fax: 786-431-1311
inbox@dininlaw.com
Attorneys for Plaintiff

Date: August 26, 2015

WILLIAM E. LAWTON, ESQ.
Florida Bar No. 0163236
GAIL C. BRADFORD, ESQ.
Florida Bar No. 0295980
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel: 407-422-4310  Fax: 407-648-0233
WLawton@drml-law.com
GBradford@drml-law.com
Attorneys for Defendant